FILED
MAY 24 2019
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ARTIE LEWIS SMELLS, SR., <br><br> Defendant. | CR 18-126-BLG-SPW <br><br><br> ORDER |

Upon the United States' Motion to Dismiss with Prejudice the Forfeiture Allegation (Doc. 27) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

DATED this 23rd day of May, 2019.

SUSAN P. WATTERS
United States District Court Judge

1