IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-126-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER RESETTING HEARING |
| ARTIE LEWIS SMELLS, SR., | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation hearing set for October 28, 2021, is **VACATED.** The reason for this resetting is the recent exposure of Courthouse personnel to Covid-19 and the required quarantine of those personnel.

IT IS FURTHER ORDERED that the Revocation hearing is reset for **November 9, 2021, at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

DATED this 28th day of October, 2021.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1