IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTIE LEWIS SMELLS, SR.,<br><br>Defendant. | CR 18-126-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ARTIE LEWIS SMELLS, SR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 9th day of November, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1